# MINUTE ORDER

Page 5

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor       Date: 4/13/2021    Time: 1:30 p.m.

Defendant: 3) MIGUEL ALEJANDRO ORTIZ   J#: 39572-509   Case #: 21-CR-20218-SINGHAL (SEALED)

AUSA: Sean McLaughlin                      Attorney: Jorge Del Villar (Temp)

Violation: CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE       Surr/Arrest Date: 4/13/2021   YOB: 1991

Proceeding: Initial Appearance             CJA Appt:

Bond/PTD Held: ☐ Yes ☑ No     Recommended Bond:

Bond Set at:                                Co-signed by:

- ☑ **Surrender and/or do not obtain passports/travel docs**
- ☑ **Report to PTS as directed/or** ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
- ☐ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☑ **No firearms**
- ☑ **Not to encumber property**
- ☑ **May not visit transportation establishments**
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:
Defendant consented to appear via video

Defendant advised of rights and charges

**Govt rec $100K PSB cosigned by parents (no hrg. held); Court sets (released)**

***Brady warning given***

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:     Time:      Judge:          Place:
**Report RE Counsel:**       4/27/21   10:00 a.m.                Duty/Miami
**PTD/Bond Hearing:**
**Arraignment:**             4/27/21   10:00 a.m.                Duty/Miami
Status Conference RE:

D.A.R. 15:03:25                          Time in Court: 25 mins

s/Lauren F. Louis                                    Magistrate Judge