UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 21-20218-CR-SINGHAL

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) |
| | ) |
| MIGUEL ALEJANDRO ORTIZ | ) |
| *Defendant.* | ) |
| _____ | ) |

## **DEFENDANT'S MOTION FOR CONTINUANCE OF THE TRIAL**

COMES NOW, MIGUEL ALEJANDRO ORTIZ., by and through undersigned counsel and hereby files this Motion for a Continuance of the Trial of this cause and as grounds thereof states the following:

1. That the defendant is scheduled for trial on May 23, 2022.

2. Defense Counsel was not provided discovery from prior counsel.

3. Defense Counsel had to purchase a new hard drive and the Government had to download the discovery.

4. It took several weeks for the Government to download all of the discovery.

5. Defense Counsel received the discovery on April 18, 2022.

6. Defense Counsel needs additional time to review the discovery and meet with the client.

7. Defense Counsel has spoken to AUSA Sean McLaughlin and he has no

1

objection to this motion.

WHEREFORE, the defendant respectfully requests that the Court grant the Defendant's Motion for Continuance of the Trial.

        **Kristi Flynn Kassebaum**
        **KASSEBAUM & BASILE P.A.**
        150 West Flagler Street Suite 1675
        Miami, Florida 33130
        Tel.: 305-893-0006

BY:   /s/ *Kristi F. Kassebaum*
       KRISTI F. KASSEBAUM
       FBN: 860621

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of April 2022, a true and correct copy of the foregoing motion was furnished to all counsel on the list of counsel designated to receive electronic filings in this case.

        /s/ *Kristi F. Kassebaum*
        KRISTI F. KASSEBAUM